UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SCHOLL and FRANK BEDNARZ, <br><br>Plaintiffs<br><br>v.<br><br>ILLINOIS STATE POLICE; BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois; KWAME RAOUL, in his official capacity as Attorney General of Illinois,<br><br>Defendants. | Case No. 24-cv-4435<br><br>Honorable Martha M. Pacold |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

     Defendants, the Illinois State Police, Brendan F. Kelly, Governor Jay Robert Pritzker, and Attorney General Kwame Raoul, by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully request that this Court grant their unopposed motion for an extension of time until August 6, 2024, to respond to Plaintiffs' complaint. In support of this unopposed motion, Defendants state as follows:

     1.     Plaintiffs filed their complaint on May 30, 2025. ECF No. 1.

     2.     Defendants were served on June 7, 2024, and their responsive pleadings are due on June 28, 2024.

     3.     Counsel for Defendants requires additional time to evaluate Plaintiffs' complaint and prepare a responsive pleading.

4.        As such, Defendants request an extension of time until August 6, 2024, to respond to Plaintiffs' complaint.

5.        Counsel for Plaintiffs do not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court grant their unopposed motion and extend their deadline to respond to Plaintiffs' complaint to August 6, 2024.

| | |
|---|---|
| June 25, 2024 | Respectfully submitted, |
| | */s/ Mary A. Johnston* |
| | Mary A. Johnston<br>Office of the Illinois Attorney General<br>Government Representation Division<br>General Law Bureau<br>115 South LaSalle<br>Chicago, Illinois 60603<br>(312) 814-4417<br>Mary.johnston@ilag.gov |
| | *Counsel for Defendants* |