IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SCHOLL *and* FRANK BEDNARZ,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS STATE POLICE; BRENDAN F. KELLY, *in his official capacity as Director of the Illinois State Police*; JAY ROBERT PRITZKER, *In his official capacity as Governor of the State of Illinois*; KWAME RAOUL, *in his official capacity as Attorney General of Illinois*,<br><br>Defendants. | Case No. 1:24-cv-4435<br><br>Hon. Judge Martha M. Pacold<br><br>**Plaintiffs' Motion for Preliminary Injunction** |

**MOTION**

Plaintiffs, Stephanie Scholl and Frank Bednarz, hereby move this Court to enjoin Defendants, Illinois State Police and the public officials responsible for their policies and practices, providing that for the duration of this litigation they may only access data collected by the challenged system of Automated License Plate Readers after first obtaining a warrant supported by probable cause. Such an injunction will protect Plaintiffs' rights while balancing any claimed law enforcement interest Defendants may submit.

Dated: August 20, 2024

Respectfully submitted,

Stephanie Scholl and Frank Bednarz

By: Reilly Stephens
One of their Attorneys

Reilly Stephens
Jeffrey Schwab

Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
(512) 481-4400
rstephens@ljc.org
jschwab@ljc.org