**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Stephanie Scholl, et al.
                                  Plaintiff,

v.                                                    Case No.: 1:24−cv−04435
                                                         Honorable Martha M. Pacold

Illinois State Police, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 29, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic hearing held on 8/29/2024. For the reasons stated on the record, Defendants' Unopposed Motion for an Extension of time to respond to plaintiffs' complaint and to set briefing schedule on plaintiffs' motion for preliminary injunction [18] is granted. The court adopts the parties' briefing schedule and sets the following briefing schedule on Plaintiff's Motion for preliminary injunction [14]: defendants 9; motion to dismiss/response to motion for preliminary injunction [14] due 9/10/2024; plaintiffs' response to defendants' motion to dismiss/reply in support of motion for preliminary injunction due 10/10/2024; defendants' reply in support of motion to dismiss due 11/8/2024. In court oral argument set for 11/21/2024 at 10:00 a.m. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.