

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Reilly Stephens

Firm   Liberty Justice Center

Street Address   7500 Rialto Bvd., Suite 1-250

City/State/Zip Code   Austin, Texas, 78735

Phone Number   (512) 481-4400

Email address   rstephens@ljc.org

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:24-cv-04435 | Scholl et. al. v. ISP, et al. | Honorable Martha M. Pacold |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/Reilly Stephens                                     8/30/2024
_____        _____
Signature of Attorney                              Date

Rev. 01272016