UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SCHOLL and FRANK BEDNARZ, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS STATE POLICE; BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois; KWAME RAOUL, in his official capacity as Attorney General of Illinois, <br><br> Defendants. | Case No. 24-cv-4435 <br><br> Honorable Martha M. Pacold |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants, the Illinois State Police, Brendan F. Kelly, Governor Jay Robert Pritzker, and Attorney General Kwame Raoul, by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully request that this Court dismiss Plaintiffs' complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this motion are set forth in Defendants' Combined Memorandum of Law in Support of their Motion to Dismiss and in Opposition to Plaintiffs' Motion for Preliminary Injunction, which they incorporate by reference.

September 10, 2024

Respectfully submitted,

*/s/ Mary A. Johnston*

Mary A. Johnston
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 South LaSalle
Chicago, Illinois 60603