IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SCHOLL and FRANK BEDNARZ, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS STATE POLICE; BRENDAN F. KELLY, *in his official capacity as Director of the Illinois State Police*; JAY ROBERT PRITZKER, *In his official capacity as Governor of the State of Illinois*; KWAME RAOUL, in his official capacity as Attorney General of Illinois, <br><br> Defendants. | Case No. 1:24-cv-4435 <br><br> Hon. Judge Martha M. Pacold <br><br><br> **Joint Status Report** |

Plaintiffs, Stephanie Scholl and Frank Bednarz, and Defendants Illinois State Police, Brendan F. Kelly, Jay Robert Pritzker, Kwame Raoul, submit this Joint Initial Status Report pursuant to this Court's order of September 17, 2024, *See* Dkt. 25, which directed the parties to propose appropriate page limits for Plaintiffs upcoming Response and Defendant's corresponding Reply. After conferring among the parties, Plaintiffs were allowed up to fifteen pages under the local rules for their initial motion. *See* LR 7.1, *see also* Dkt. 14-15. Defendants thereafter were granted leave to file an over-length 26 page response. *See* Dkt. 22-23, 25. This court has now asked the parties to propose page limits that equalizes the number of available

1

pages for each side. The parties therefore propose the following limits for the remaining briefing, which would equalize the number of available pages for each side.

- Plaintiffs Response due on October 10, 2024 to not exceed 26 pages
- Defendant's Reply due November 8, 2024 to not exceed 15 pages.

Respectfully submitted,

/s/ Reilly Stephens
Reilly Stephens
Jeffrey M. Schwab
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
512-481-4400
rstephens@libertyjusticecenter.org
*Counsel for Plaintiffs*

/s/Mary A. Johnston
Mary A. Johnston
Elizabeth Andonova Mallory
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 S. LaSalle
Chicago, IL 60603
(312) 814-4417/4355
Mary.johston@ilag.gov