# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Stephanie Scholl, et al.
                        Plaintiff,

v.                                             Case No.: 1:24–cv–04435
                                                              Honorable Martha M. Pacold

Illinois State Police, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2024:

       MINUTE entry before the Honorable Martha M. Pacold: Defendants' unopposed motion for an extension of time to file a reply in support of their motion to dismiss, [29], is granted. The previous briefing schedule, [27], is hereby modified as follows: Defendants' reply in support of their motion to dismiss is due 11/22/24 and is not to exceed 15 pages. Mailed Notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.