## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Stephanie Scholl, et al.
                             Plaintiff,

v.                                                      Case No.: 1:24−cv−04435
                                                            Honorable Martha M. Pacold

Illinois State Police, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion to dismiss, [22], is granted. Plaintiff's motion for a preliminary injunction, [14], is denied. Plaintiffs are given until 4/30/2025, to file a motion for leave to amend. Enter Memorandum Opinion and Order. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.