UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SCHOLL, et al.  *Plaintiff*,  v.  ILLINOIS STATE POLICE, et al.,  *Defendant*. | Case No. 1:24-cv-04435  Honorable Martha M. Pacold |

## STATUS REPORT

In consideration of this Court's *Memorandum Opinion and Order Granting Defendant's Motion to Dismiss an Denying Plaintiff's Motion for Preliminary Injunction* [ECF No. 41], dated March 31, 2025, Plaintiffs have determined that they will not be filing a motion for leave to amende their Complaint. Instead, Plaintiffs intend to appeal this Court's grant of Defendants' Motion to Dismiss . Plaintiffs understand, however, that this court has not entered judgment on that order as of yet.

Plaintiffs therefore respectfully request that this Court enter final judgment in this case. Once final judgment is entered, Plaintiffs will file a Notice of Appeal.

Dated this 29th day of April 2025.

    Plaintiffs: Stephanie Scholl and Frank Bednarz
    BY:   /s/ Reilly Stephens
            Reilly Stephens

        Jeffrey Schwab
        Bridget Conlan (IL Bar No. 6348769)
        LIBERTY JUSTICE CENTER
        7500 Rialto Blvd., Suite 1-250
        Austin, TX 78737
        (512) 481-4400 - telephone
        rstephens@libertyjusticecenter.org
        jschwab@libertyjusticecenter.org
        bconlan@libertyjusticecenter.org

        *Attorneys for Plaintiffs Stephanie Scholl and Frank Bednarz*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Court's Case Management/Electronic Case Filing (CM/ECF) system. The Court and/or Clerk of Court may serve and give notice to counsel by CM/ECF electronic transmission.

Dated this 29th day of April 2025.

        /s/ Reilly Stephens
        Reilly Stephens
        LIBERTY JUSTICE CENTER
        7500 Rialto Blvd., Suite 1-250
        Austin, TX 78737
        (512) 481-4400
        rstephens@libertyjusticecenter.org

        *Attorney for Plaintiffs Stephanie Scholl and Frank Bednarz*