**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE SCHOLL, et al. | Case No. 1:24-cv-04435 |
| *Plaintiff,* | Honorable Martha M. Pacold |
| v. | |
| ILLINOIS STATE POLICE, et al., | |
| *Defendant.* | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Notice is hereby given that Plaintiffs Stephanie Scholl and Frank Bednarz appeal to the United States Court of Appeals for the Seventh Circuit from the following orders, rulings, and judgements of the District Court for the Northern District of Illinois.

1. *Minute Entry Granting Defendant's Motion to Dismiss and Denying Plaintiff's Motion for Preliminary Injunction* [ECF No. 40], dated March 31, 2025, United States District Court Judge Martha M. Pacold.

2. *Memorandum Opinion and Order Granting Defendant's Motion to Dismiss an Denying Plaintiff's Motion for Preliminary Injunction* [ECF No. 41], dated March 31, 2025, United States District Court Judge Martha M. Pacold.

3. *Entry of Judgment* [ECF No. 44], dated May 2, 2025, United States District Court Judge Martha M. Pacold

1

4. Any and all orders, rulings, and judgements underlying any of the foregoing.

5. Included herewith is payment of the filing fee and docketing fee as required by 28 U.S.C. § 1913, 28 U.S.C. § 1917, Federal Circuit Rule 52(a)(3)(A), and Rule 3(e) of the Federal Rules of Appellate Procedure.

Dated this 13th day of May 2025.

        Plaintiffs: Stephanie Scholl and Frank Bednarz

        BY:   <u>/s/ Reilly Stephens</u>
                Reilly Stephens
                Jeffrey Schwab
                Bridget Conlan (IL Bar No. 6348769)
                LIBERTY JUSTICE CENTER
                7500 Rialto Blvd., Suite 1-250
                Austin, TX 78737
                (512) 481-4400 - telephone
                rstephens@libertyjusticecenter.org
                jschwab@libertyjusticecenter.org
                bconlan@libertyjusticecenter.org

                *Attorneys for Plaintiffs Stephanie Scholl and Frank Bednarz*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically with the Court's Case Management/Electronic Case Filing (CM/ECF) system. The Court and/or Clerk of Court may serve and give notice to counsel by CM/ECF electronic transmission.

Dated this 13th day of May 2025.

/s/ Reilly Stephens
Reilly Stephens
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, TX 78737
(512) 481-4400 - telephone
rstephens@libertyjusticecenter.org

*Attorney for Plaintiffs Stephanie Scholl and Frank Bednarz*